IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE AND ARRAIGNMENT*

USA vs **Lauren Kate Smith**     Date: January 22, 2020

Case No. **2:19-CR-96 (30)**     Time 9:21     to 9:30

================================================================
Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================

**DEFENDANT**                                         **DEFENSE ATTORNEY**

Lauren Kate Smith                                      Scott L Saidak

**PROCEEDINGS:**     Arrest Date: 1/21/20

[✓] Defendant sworn  [✓] Defendant found competent

[✓] Defendants advised of charges, penalties, and rights

[✓] Copy of indictment provided to defendant or counsel by AUSA

[✓] Financial affidavit executed  [✓] Defendants found indigent

[✓] Counsel present and appointed  [ ] Counsel to be appointed  [ ] Counsel to be retained

[✓] Plea of not guilty to all charges

[ ] Agreement of government counsel to conditions of release

[ ] Bond and Conditions of pretrial release set

[ ] Defendants advised of penalties for violations of pretrial release

[✓] Oral motion by USA for detention  [✓] Detention hearing waived with right to hearing reserved

[ ] Detention Hearing scheduled

[✓] Defendant remanded to custody of U.S. Marshal  [ ] Defendant released on bond

[✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-96_20200122_091911

Case 2:19-cr-00096-JRG-CRW  Document 248  Filed 01/22/20  Page 1 of 1  PageID #: 341