# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:19-CR-**96** SEALED |
| | ) |
| LAUREN KATE SMITH | ) |
| *Defendant* | ) |

RECEIVED BY: Max
DATE: 7.9.2019    TIME: 5:00

U.S. MARSHAL E/TN
GREENEVILLE, TN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LAUREN KATE SMITH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance (21 U.S.C. § 846 and 841(a)(1), (b)(1)(A))

Date: 7-9-19

*Issuing officer's signature*

City and state: Greeneville, Tennessee

JOHN L. MEDEARIS, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1/15/2020
at *(city and state)* Whitfield, GA.

Date: 1/22/24

*Arresting officer's signature*

B. Caldwell / DUSM
*Printed name and title*