IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 2:19-CR-96 |
| ) | |
| LAUREN KATE SMITH. ) | |

### DEFENDANT'S NOTICE OF NO OBJECTIONS TO CONTINUANCE

COMES the Defendant, Lauren Kate Smith, by and through counsel, and would respectfully provide Notice of No Objection to a Continuance in this matter.

Respectfully submitted this 27th day of August, 2020.

s/Scott L. Saidak
Scott L. Saidak (BPR # 024178)
Bridgefront Law Group, PLLC
616 W. Hill Ave., First Floor
Knoxville, TN 37902
Phone: (865) 321-8876
Fax: (865) 321-8876
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 27th day of August, 2020.

s/Scott L. Saidak
Scott L. Saidak